IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-10691
Summary Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LORENZO SIGALA,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Northern District of Texas
USDC No. 4:94-CR-097-Y
_____

March 5, 1996
Before JOLLY, JONES, and STEWART, Circuit Judges.

PER CURIAM:[*]

Lorenzo Sigala argues that the district court abused its discretion in denying his motion to withdraw his guilty plea.

We have reviewed the record, including the transcripts of the rearraignment and sentencing hearings, and the briefs of the parties, and we have determined that the district court did not abuse its discretion in denying Sigala's motion to withdraw his guilty plea.

The government's motion to dismiss the appeal is DENIED.

A F F I R M E D.

_____

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.